| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **F I L E D**<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>★ **DEC 28 2016** ★<br>LONG ISLAND OFFICE |

------------------------------------------------------------X

RICHARD SCALFANI, *individually and on behalf of all others similarly situated*,

                    Plaintiffs,

v.

MISONIX, INC., MICHAEL A. MCMANUS, JR., AND RICHARD A. ZAREMBA,

                    Defendants.

------------------------------------------------------------X

**JOINT STIPULATION AND ▮▮▮▮▮▮ ORDER**

No. CV 16-5218 (ADS) (AKT)

WHEREAS, Plaintiffs commenced this action by filing a complaint dated September 19, 2016 (the "Complaint") in the United States District Court for the Eastern District of New York;

WHEREAS, the Complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") on behalf of a putative class;

WHEREAS, pursuant to Section 21D(a) of the Exchange Act, the Court will appoint a Lead Plaintiff or Plaintiffs and Lead Counsel; and

WHEREAS, the parties have agreed to a schedule that extends all Defendants' time to respond to the Complaint until after Lead Plaintiff(s) and Lead Counsel have been appointed and an amended complaint has been filed;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to the Court's approval, as follows:

1. No Defendant named in the Complaint shall be required to answer or otherwise respond to the Complaint; and

2. Following entry of an order by the Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") selecting a Lead Plaintiff or Plaintiffs and Lead

Counsel, counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto.

Dated: December 27, 2016

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.

By: /s/ Philip Kim
Philip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, NY 10016
(212) 686-1060
(212) 202-3827 (facsimile)
pkim@rosenlegal.com
lrosen@rosenlegal.com
*Attorneys for Richard Scalfani and Tracey Angiuoli*

WILLIAMS & CONNOLLY LLP

By: /s/ John S. Williams
John S. Williams (JW 6927)
Joseph G. Petrosinelli (*pro hac vice* forthcoming)
725 Twelfth Street, N.W.
Washington, DC 20005
1330 Avenue of the Americas
Suite 23A
New York, NY 10019
(202) 434-5646
(202) 434-5027 (facsimile)
jwilliams@wc.com
*Attorneys for Misonix, Inc.*

**IT IS SO ORDERED.**

s/ Arthur D. Spatt

The Honorable Arthur D. Spatt
United States District ~~Magistrate~~ Judge

Dated: December 28, 2016