June 5, 2017

**BY ECF AND FAX**

The Honorable Arthur D. Spatt
United States District Judge
The United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Scalfani v. Misonix, Inc. et al,* No. 2:16-cv-05218(ADS) (AKT) (E.D.N.Y.)

Your Honor:

    The undersigned represent Lead Plaintiffs Richard Scalfani and Tracey Angiuoli ("Plaintiffs") and Defendants Misonix, Inc. and Richard A. Zaremba (collectively, the "Parties") in the above-referenced action. We are pleased to inform the Court that the Parties have reached a settlement in principle to resolve this case in its entirety.

    As Plaintiffs asserted claims on behalf of a class, the settlement must be approved by the Court after notice to the Class. Fed. R. Civ. Proc. 23(e). We are currently preparing and negotiating these settlement and notice documents, and anticipate that we will be able to file the requisite documents with the Court by June 23, 2017. We respectfully request that the Court stay all deadlines until that date. The only interim deadline during the stay period is Plaintiffs' Amended Complaint, which is due June 8.

    Respectfully submitted,

    /s/ Phillip Kim
    Phillip Kim (PK 9384)
    pkim@rosenlegal.com


    /s/ John S. Williams
    John S. Williams, Esq. (JW 6927)
    jwilliams@wc.com

cc:    All counsel via ECF