**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

RICHARD SCALFANI, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

      Plaintiff,

      vs.

MISONIX, INC., MICHAEL A. MCMANUS,
JR., AND RICHARD A. ZAREMBA,

      Defendants.

Case No.: 16-cv-5218

CLASS ACTION

JURY TRIAL DEMANDED

**CLASS REPRESENTATIVES' NOTICE OF MOTION AND MOTION FOR**
**FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that on December 15, 2017 at 9:00 a.m. in Courtroom 1020 of
the United States District Court for the Eastern District of New York, located at 100 Federal Plaza,
Central Islip, New York 11722, or as soon thereafter as the parties may be heard, Class
Representatives will and hereby do move the Court, the Honorable Arthur D. Spatt, for final
approval of the proposed class action.

This motion is based upon this notice of motion and motion, the accompanying
memorandum of law, the accompanying Declaration of Jonathan Horne In Support of Class
Representatives' Motions For: (1) Final Approval of Proposed Class Action Settlement; and (2)
Award of Attorneys' Fees, Reimbursement of Expenses, and Award to Class Representatives, the
exhibits attached thereto, and such argument and additional papers as may be submitted to the
Court before and at the hearing on this motion.

Dated:   November 17, 2017                    Respectfully submitted,

                                              **THE ROSEN LAW FIRM, P.A.**
                                              /s/ Jonathan Horne
                                              Jonathan Horne, Esq. (JH 7258)
                                              Phillip Kim, Esq. (PK 9384)
                                              Laurence M. Rosen, Esq. (LR 5733)
                                              275 Madison Avenue, 34th Floor
                                              New York, New York 10016
                                              Tel: (212) 686-1060
                                              Fax: (212) 202-3827
                                              Email: jhorne@rosenlegal.com
                                                      pkim@rosenlegal.com
                                                      lrosen@rosenlegal.com


                                              *Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2017, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Jonathan Horne