**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

RICHARD SCALFANI, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

    Plaintiff,

vs.

MISONIX, INC., MICHAEL A. MCMANUS,
JR., AND RICHARD A. ZAREMBA,

    Defendants.

Case No.: 16-cv-5218

CLASS ACTION

JURY TRIAL DEMANDED

**CLASS REPRESENTATIVES' NOTICE OF MOTION AND MOTION
FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF
EXPENSES, AND AWARD TO CLASS REPRESENTATIVES**

    PLEASE TAKE NOTICE that on December 15, 2017 at 9:00 a.m. in Courtroom 1020 of the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, or as soon thereafter as the parties may be heard, Class Representatives will and hereby do move the Court, the Honorable Arthur D. Spatt, for an award of attorneys' fees, reimbursement of expenses and award to Class Representatives.

    This motion is based upon this notice of motion and motion, the accompanying memorandum of law, the accompanying Declaration of Jonathan Horne In Support of Class Representatives' Motions For: (1) Final Approval of Proposed Class Action Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Award to Class Representatives, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on this motion.

1

Dated:  November 17, 2017    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ Jonathan Horne
Jonathan Horne, Esq. (JH 7258)
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: jhorne@rosenlegal.com
        pkim@rosenlegal.com
        lrosen@rosenlegal.com

*Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2017, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Jonathan Horne