CIVIL CAUSE FOR FAIRNESS HEARING

BEFORE JUDGE: SPATT   DATE: 12/14/17   TIME: 9:00 10 - 9:24
DOCKET NUMBER: CV-16-5218

TITLE: SCALFANI, RICHARD, et al. v. MISONIX, INC., et al.

APPEARANCES: FOR PLAINTIFF: ~~Laurence M. Rosen, Esq.~~
Jonathan R. Horne, Esq.
~~Phillip Kim, Esq.~~

FOR DEFENDANT: John Sievert Williams, Esq. fr Misonex & Zarembia

C/R Perry Auerbach

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 14 2017 ★
LONG ISLAND OFFICE

✓ CASE CALLED.

___ COUNSEL FOR ALL SIDES PRESENT

___ COUNSEL FOR _____ NOT PRESENT

✓ FAIRNESS HEARING HELD

___ CASE MARKED READY FOR TRIAL

___ FURTHER STATUS CONFERENCE SCHEDULED FOR

✓ OTHER The Court Certifies the Class. The Court approves the Settlement. The Court does not approve the attorney fees & the costs, & adjusts the fees & the costs on the record. Counsel to submit the papers to the court. Case Closed.